

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name: Entergy Corporation, Entergy Services, Inc., Entergy Power, Inc., Entergy Power Marketing Corporation, Entergy Arkansas, Inc., and Entergy Texas, Inc. v. David Jenkins, George W. Strong, Francis N. Gans and Gary M. Gans, individually and on behalf of all persons similarly situated

Appellate case number: 01-12-00470-CV

Trial court case number: CV20666

Trial court: 344th District Court of Chambers County

Appellees have filed an "Unopposed Motion to Examine Sealed Clerk's Record."

The motion is **granted**. The Clerk is directed to allow counsel for the parties to review the clerk's record, which the trial court has sealed. Counsel must (1) come to the Clerk's Office in person, (2) present valid identification (driver's license or passport) and a current State Bar of Texas card, identifying them as counsel of record for one of the parties, and (3) sign a receipt for the clerk's record.

The record must be viewed at the First Court of Appeals and on a court-provided computer monitor located in the media viewing room adjacent to the Clerk's office. No copies of the sealed record may be made.

It is so **ORDERED**.

Judge's signature: /s/ Jane Bland
        ☑ Acting individually    ☐ Acting for the Court

Date: October 3, 2012